DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**RUSSELL DURDEN,**
Appellant,

v.

**DYCK-O'NEAL, INC.,**
Appellee.

No. 4D18-3050

[October 10, 2019]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, Martin County; Barbara W. Bronis, Judge; L.T. Case No. 14-000742 CAAXMX.

Dane T. Stanish of Law Offices of Dane Stanish, P.A., Hollywood, for appellant.

David M. Snyder, Tampa, and Joshua D. Moore of Law Offices of Daniel C. Consuegra, Tampa, for appellee.

PER CURIAM.

*Affirmed.*

TAYLOR, MAY and FORST, JJ., concur.

\*         \*         \*

***Not final until disposition of timely filed motion for rehearing.***